IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E-P INTERNATIONAL DISTRIBUTION, Inc., a Barbados corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:07CV186 |
| v. | ) ) | |
| SAV-RX, LLC, a Nebraska corporation, and A&A DRUG COMPANY, INC., | ) ) ) | ORDER |
| Defendants. | ) ) | |

Upon review of the file,

IT IS ORDERED that the MOTION FOR LEAVE TO FILE REPLY BRIEF (Doc. 103) is granted, as follows:

1. A&A Drug Company, Sav-Rx, LLC, and James Barta are given leave to file a reply brief regarding their pending MOTION FOR LEAVE TO AMEND ANSWERS AND COUNTERCLAIM, THIRD PARTY COMPLAINT AND COMPLAINT IN INTERVENTION (Doc. 89). The reply brief shall be filed on or before **January 12, 2009.**

2. E-P International Distribution Inc. may file a surreply brief, if it wishes to do so. The surreply brief shall be filed no later than **January 26, 2009**, at which time the underlying motion (Doc. 89) will be deemed submitted.

DATED this 6th day of January, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge