IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| E-P INTERNATIONAL DISTRIBUTION INC., a Barbados corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| A&A DRUG COMPANY, a Nebraska corporation, and SAV-RX, LLC, a Nebraska limited liability company, | ) ) ) ) | |
| Defendants, | ) ) | |
| JAMES BARTA, | ) ) | 8:07CV186 |
| Defendant–Intervenor. | ) ) | ORDER |
| A&A DRUG COMPANY, a Nebraska corporation, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| BARBARA RIGBY and MALCOLM RIGBY, | ) ) | |
| Third-Party Defendants. | ) ) | |

    **IT IS ORDERED** that the Motion to Stay Discovery Order (Doc. 162) filed by A&A Drug Company, Sav-Rx, LLC and Intervenor James Barta is granted.  Execution of the court's May 21, 2009 order (Doc. 155) is stayed pending the district court's ruling on their appeal of the order.

    **DATED June 1, 2009.**

                                               BY THE COURT:

                                             **s/ F.A. Gossett**
                                             **United States Magistrate Judge**