IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E-P INTERNATIONAL DISTRIBUTION INC., a Barbados corporation,<br><br>Plaintiff,<br><br>v.<br><br>A&A DRUG COMPANY, a Nebraska corporation, and SAV-RX, LLC, a Nebraska limited liability company,<br><br>Defendants,<br><br>JAMES BARTA,<br><br>Defendant–Intervenor.<br><br>A&A DRUG COMPANY, a Nebraska corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BARBARA RIGBY and MALCOLM RIGBY,<br><br>Third-Party Defendants. | 8:07CV186<br><br>ORDER |

Upon review of the file, and for good cause shown,

**IT IS ORDERED** that the parties' Joint Motion for Extension of Deadlines and Trial Date (Doc. 168) is granted, as follows:

    1.    All progression order deadlines, including the deposition deadline, the trial date and the final pretrial conference date, are suspended.

    2.    A&A may conduct the depositions referenced in paragraph 3 of the motion.

    3.    The parties shall file a stipulated proposed schedule within five (5) business days after Judge Bataillon rules on the pending appeal (Doc. 160) of the court's May 21, 2009 discovery order (Doc. 155).  The trial and final pretrial conference will be rescheduled at that time.

**DATED July 30, 2009.**

                          **BY THE COURT:**

                          s/ F.A. Gossett
                          **United States Magistrate Judge**