IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E-P INTERNATIONAL DISTRIBUTION INC., a Barbados corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>A&A DRUG COMPANY, a Nebraska corporation, and SAV-RX, LLC, a Nebraska limited liability company,<br><br>             Defendants,<br><br>JAMES BARTA,<br><br>             Defendant–Intervenor.<br><br>A&A DRUG COMPANY, a Nebraska corporation,<br><br>             Third-Party Plaintiff,<br><br>   v.<br><br>BARBARA RIGBY and MALCOLM RIGBY,<br><br>             Third-Party Defendants. | 8:07CV186<br><br>SCHEDULING ORDER |

**IT IS ORDERED** that the parties' Stipulated Proposed Schedule is approved, and the Final Progression Order (Doc. 142) is amended, as follows:

    1.    A&A, Sav-Rx and James Barta are given until October 2, 2009 to produce documents as required by Judge Bataillon's Memorandum and Order of August 12, 2009 (Doc. 178).

    2.    The deadline for completion of depositions is extended to January 22, 2010.

3. The deadline for disclosure of trial exhibits is extended to February 1, 2010.

4. All motions in limine shall be filed no later than February 15, 2010.

5. The final pretrial conference will be held on **Friday, February 19, 2010 at 9:30 a.m.** in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

6. A Jury trial is set to commence, at the court's call, during the week of **March 15, 2009** in Omaha, Nebraska, before the Honorable Chief Judge Joseph F. Bataillon, United States District Court of Nebraska. Unless otherwise ordered, jury selection shall be at the commencement of trial.

**DATED August 20, 2009.**

                                                    **BY THE COURT:**

                                                    s/ F.A. Gossett
                                                    **United States Magistrate Judge**