IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E-P INTERNATIONAL DISTRIBUTION INC., a Barbados corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>A&A DRUG COMPANY, a Nebraska corporation, and SAV-RX, LLC, a Nebraska limited liability company,<br><br>        Defendants,<br><br>JAMES BARTA,<br><br>        Defendant–Intervenor.<br><br>A&A DRUG COMPANY, a Nebraska corporation,<br><br>        Third-Party Plaintiff,<br><br>   v.<br><br>BARBARA RIGBY and MALCOLM RIGBY,<br><br>        Third-Party Defendants. | 8:07CV186<br><br>SCHEDULING ORDER<br><br>(AMENDED) |

**IT IS ORDERED** that the parties' Stipulation to Extend Deadlines (Doc. 198) is approved, and the Final Progression Order (Doc. 142, as amended by Doc. 185) is further amended, as follows:

    1.    The deadline for completion of depositions is extended from January 22, 2010 to **April 1, 2010.**

    2.    The deadline for disclosure of trial exhibits is extended to May 1, 2010.

    3.    The final pretrial conference is continued to **May 21, 2010 at 9:30 a.m.**  The conference will be held in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    4.    A jury trial is set to commence, at the court's call, during the week of **June 14, 2010** in Omaha, Nebraska, before the Honorable Chief Judge Joseph F. Bataillon, United States District Court of Nebraska.  Unless otherwise ordered, jury selection shall be at the commencement of trial.

**DATED January 14, 2010.**

                            **BY THE COURT:**

                            s/ **F.A. Gossett**
                            **United States Magistrate Judge**