IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E-P INTERNATIONAL DISTRIBUTION INC., a Barbados corporation,<br><br>Plaintiff,<br><br>v.<br><br>A&A DRUG COMPANY, a Nebraska corporation, and SAV-RX, LLC, a Nebraska limited liability company,<br><br>Defendants,<br><br>JAMES BARTA,<br><br>Defendant–Intervenor.<br><br>A&A DRUG COMPANY, a Nebraska corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>BARBARA RIGBY and MALCOLM RIGBY,<br><br>Third-Party Defendants. | 8:07CV186<br><br>SCHEDULING ORDER<br><br>(AMENDED) |

**IT IS ORDERED** that the parties' Stipulation to Extend Deadlines (Doc. 203) is approved, and the Final Progression Order (Doc. 142, as amended by Doc. 185 and Doc. 199) is further amended, as follows:

1.   The deadline for completion of depositions is extended from April 1, 2010 to **July 1, 2010.**

2. The deadline for disclosure of trial exhibits is extended to **July 15, 2010**.

3. The deadline for filing all motions in limine is extended to **July 15, 2010.**

4. The final pretrial conference is continued from May 21, 2010 to **July 8, 2010 at 10:00 a.m.** The conference will be held in the chambers of the undersigned, Room 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

4. A jury trial is set to commence, at the court's call, during the week of **August 16, 2010** in Omaha, Nebraska, before the Honorable Chief Judge Joseph F. Bataillon, United States District Court of Nebraska. Unless otherwise ordered, jury selection shall be at the commencement of trial.

**DATED March 31, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.