IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E-P INTERNATIONAL DISTRIBUTION INC., a Barbados corporation,<br><br>        Plaintiff,<br><br>v.<br><br>A&A DRUG COMPANY, a Nebraska corporation, and SAV-RX, LLC a Nebraska limited liability company,<br><br>        Defendants,<br><br>JAMES BARTA,<br><br>        Defendant - Intervenor<br>_____<br><br>A&A DRUG COMPANY, a Nebraska corporation,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>BARBARA RIGBY and MALCOLM RIGBY,<br><br>        Third-Party Defendants. | Case No.: 8:07 CV 186<br><br><br>ORDER |

This matter is before the court upon Defendants' Motion to Withdraw the Bill of Costs (#258) submitted herein.

The Court being fully advised in the premises, finds that the Bill of Costs shall be withdrawn from this matter.

IT IS THEREFORE ORDERED the Bill of Costs (#256) submitted herein shall be withdrawn.

Dated: June 21, 2011.        BY THE COURT:

                                      s/ F.A. Gossett, III
                                      United States Magistrate Judge

Prepare and Submitted by:

Ryan M. Sewell, #22476
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102-2663
(402) 341-6000

591673.01