IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| E-P INTERNATIONAL DISTRIBUTION, )<br>)<br>Plaintiff,                         )<br>)<br>vs.                                        )<br>)<br>SAV-RX, LLC,                         )<br>a Nebraska Corporation,       )<br>)<br>Defendant.                        ) | Case No.  8:07cv186<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff Exhibits 1 -3  - trial held 12/13/10 - 12/17/10

Defendant Exhibits 103-108, 113, 115-116, 118-119, 122-124, 134, 186-186 196, 203, 209-211, 213, 219, 222-223, 240, 242, 244, 246-247, 250-251, 260 - trial held 12/13/10 - 12/17/10

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 30th  day of November, 2011.

s/ Joseph F. Bataillon
Chief United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07